Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169-5996
702.949.8200 (tel.)
702.949-8398 (fax)

Attorneys for Plaintiff
Archon Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHON CORPORATION, a Nevada corporation,<br><br>      Plaintiff and Counterdefendant,<br><br>   vs.<br><br>SRC 1, LLC, a Nevada limited liability company, and NOEL BOWMAN, an individual,<br><br>      Defendants and Counterclaimants, | Case No. 2:14-cv-01156-JAD-GWF<br><br>**STIPULATION AND ORDER<br>FOR PERMANENT INJUNCTION<br>AND TRANSFER OF DOMAIN NAME** |
| SRC 1, LLC, a Nevada limited liability company,<br><br>      Third-Party Plaintiff,<br><br>   vs.<br><br>CHRISTOPHER LOWDEN, an individual; HAROLD GRAY, an individual; STONEY'S ENTERTAINMENT, INC., a Nevada corporation; and ROCKIN' INDUSTRIES, LLC, a Nevada limited liability company,<br><br>      Third-Party Defendants. | |

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff and Counterdefendant Archon Corporation ("Archon"), on the one hand, and Defendants and Counterclaimants SRC 1, LLC ("SRC") and Noel Bowman ("Bowman") (together the "SRC Parties"), hereby agree and stipulate

-1-

5676501_1

as follows:

**I.  Findings of Fact**

1. The parties have agreed to settle this action and have entered into a confidential written settlement agreement under which the SRC Parties have agreed to permanently cease and deists from any and all use in commerce of the STONEY'S ROCKIN' COUNTRY trademark;

2. In 2006, Chris Lowden ("Mr. Lowden") and Harold K. Gray ("Mr. Gray') formed SRC Nightclub & Grill, LLC ("SRC-NG");

3. In August, 2007, SRC-NG began using the STONEY'S ROCKIN' COUNTRY trademark in commerce in connection with the operation of a nightclub and bar located at 9151 S. Las Vegas Boulevard, Suite 300, Las Vegas, Nevada 89123;

4. SRC-NG subsequently assigned its trademark rights and accompanying goodwill in and to the STONEY'S ROCKIN' COUNTRY trademark to Rockin' Industries, LLC ("Rockin'");

5. Rockin' licensed SRC to use the STONEY'S ROCKIN' COUNTRY trademark in commerce in connection with the advertising, promotion, and operation of a bar and nightclub located at 6611 Las Vegas Boulevard, Suite 160, Las Vegas, Nevada 89119 (the "Town Square Location");

6. Bowman registered the <stoneysrockingcountry.com> domain name with GoDaddy.com, Inc. for SRC's use in connection with the advertising, promotion, and operation of the Town Square Location;

7. Rockin' subsequently assigned all of its rights in and to the STONEY'S ROCKIN COUNTRY mark and the accompanying goodwill to SFHI, a Nevada corporation, Vantage Capital, LLC, a Nevada limited liability company, Jennifer Lowden, and Paul Lowden, IV (the "SFHI Parties");

8. The SFHI Parties subsequently assigned all of their rights in and to the STONEY'S ROCKIN COUNTRY mark and all accompanying goodwill to Archon;

9. Archon thus acquired ownership of, and all rights in, and goodwill associated with, the STONEY'S ROCKIN' COUNTRY trademark;

10. Accordingly, Archon is the lawful owner of the STONEY'S ROCKIN' COUNTRY

5676501_1

trademark, including all goodwill associated therewith, for use in connection with nightclubs, entertainment in the nature of live musical performances, and bar services;

11. Archon's rights in the STONEY'S ROCKIN' COUNTRY trademark are valid and subsisting, and have not been abandoned, cancelled, revoked or otherwise narrowed in scope;

12. On June 18, 2014, Archon terminated SRC's license to use the STONEY'S ROCKIN' COUNTRY trademark in connection with the advertising, promotion, and operation of the Town Square Location; and

13. Notwithstanding Archon's termination of the license, SRC and Bowman continued to use the STONEY'S ROCKIN' COUNTRY trademark in connection with the advertising, promotion, and operation of the Town Square Location and in connection with the <stoneysrockingcountry.com> domain name.

## II. Conclusions of Law

14. Archon has alleged meritorious claims against the SRC Parties for unfair competition under the Lanham Act, 15 U.S.C. § 1125(a), trademark infringement under Nevada law, pursuant to N.R.S. § 600.420, and cybersquatting under the Lanham Act, 15 U.S.C. § 1125(d), based upon the SRC Parties' registration and use of the <www.stoneysrockingcountry.com> domain name;

15. Archon has suffered irreparable injury to its valuable STONEY'S ROCKIN' COUNTRY trademark and associated goodwill, and will continue to suffer such irreparable injury if the SRC Parties are not permanently enjoined;

16. As a direct and proximate result of the SRC Parties' conduct, Archon has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill;

17. The balance of hardships tips in favor of Archon; and

18. Entry of a permanent injunction is in the public interest.

## III. Permanent Injunction

19. Pursuant to 15 U.S.C. § 1116 and N.R.S. § 600.430(2)(a), and subject to the confidential settlement agreement entered into between the parties, SRC and Bowman, along with

-3-

5676501_1

their respective officers, agents, servants, employees, attorneys, and all persons, corporations, business entities, and other associations of persons who are in active concert or participation with Defendants (the "Restrained Parties"), are hereby permanently enjoined and restrained from:

    a.    Using the STONEY'S ROCKIN' COUNTRY mark, or any confusingly similar variations thereof, whether alone or in combination with any other letters, words, letter strings, phrases or designs in commerce in connection with nightclubs, entertainment in the nature of live musical performances, or bar services, including without limitation, on any website, in any domain name, in any social network user name, in any hidden website text, or in any website metatag; or in connection with any advertising or marketing for nightclubs, entertainment in the nature of live musical performances, or bar services, including without limitation, on Facebook, Twitter, Instagram, Pinterest, and all other forms of social media whether new or existing;

    b.    Seeking to register the STONEY'S ROCKIN' COUNTRY mark, or any confusingly similar variations thereof, whether alone or in combination with any other letters, words, letter strings, phrases or designs with the United States Patent and Trademark Office (the "USPTO") or with any State or political subdivision of any State for use in connection with nightclubs, entertainment in the nature of live musical performances, or bar services;

    c.    Filing any opposition or cancellation proceeding with the USPTO or with any State or political subdivision of any State seeking to oppose or cancel any registration for the STONEY'S ROCKIN' COUNTRY mark;

    d.    Engaging in any false or misleading advertising or commercial activities likely to deceive consumers into believing that SRC and/or Bowman is affiliated with Archon or that any of SRC's and/or Bowman's goods or services are sponsored by, or approved by Archon; and

    e.    Registering, trafficking in, or using any domain name that contains the STONEY'S ROCKIN' COUNTRY mark, or any confusingly similar variations thereof, whether alone or in combination with any other letters, words, letter strings, phrases or

-4-

5676501_1

designs.

**IV.    Transfer of Domain Name**

20.    Pursuant to 15 U.S.C. § 1125(d)(1)(C) Bowman shall transfer ownership of the registration for the <stoneysrockingcountry.com> domain name to Archon.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS ROCA ROTHGERBER LLP | JK LEGAL CONSULTING, LLC |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996 | By: /s/ Jared Kahn<br>Jared Kahn<br>P.O. Box 60512<br>Las Vegas, NV 89160 |
| Attorneys for Plaintiff and Counterdefendant Archon Corporation and for Third-Party Defendants Christopher Lowden, Harold Gray, Stoney's Entertainment, Inc., and Rockin' Industries, LLC | Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff SRC 1, LLC and for Defendant and Counterclaimant Noel Bowman |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2015

-5-

5676501_1